IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION


| | | |
|---|---|---|
| JOE DEREK MILLER, | ) | |
| | ) | |
|     Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
|     v. | ) | 1:04cv1072-T |
| | ) | (WO) |
| WELLS FARGO BANK, N.A., | ) | |
| and JOHN W. MILLS, III, | ) | |
| etc., | ) | |
| | ) | |
|     Defendants. | ) | |

### JUDGMENT

Pursuant to the joint stipulation of dismissal (Doc. No. 50), it is the ORDER, JUDGMENT, and DECREE of the court that this cause is dismissed in its entirety with prejudice, with the parties to bear their own costs.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 4th day of January 2006.


                                /s/ Myron H. Thompson
                          UNITED STATES DISTRICT JUDGE